No. 172, Misc. GERARDI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold* for the United States. 

No. 175, Misc. COX *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 176, Misc. PATTERSON *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 180, Misc. ROBERTS *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 181, Misc. DEANGELIS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Robert G. Maysack* for the United States. 

No. 182, Misc. JONES *v.* HAREWOOD, JUDGE. C. A. 7th Cir. Certiorari denied.

No. 184, Misc. RISENHOOVER *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. 

No. 185, Misc. HUFF *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States. 

No. 186, Misc. JONES *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 188, Misc. SMITH *v.* FAY, WARDEN. C. A. 2d Cir. Certiorari denied.